**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF NEW YORK

Case number (*if known*) _____  Chapter  __11__

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy  4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

1. **Debtor's name**  Its Bashert LLC d/b/a Senses New York Salon and Spa

2. **All other names debtor used in the last 8 years**
   Include any assumed names, trade names and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**  30-0489276

4. **Debtor's address**

   **Principal place of business**

   138 Fifth Avenue, Second Floor
   New York, NY 10019
   Number, Street, City, State & ZIP Code

   New York
   County

   **Mailing address, if different from principal place of business**

   _____
   P.O. Box, Number, Street, City, State & ZIP Code

   **Location of principal assets, if different from principal place of business**

   _____
   Number, Street, City, State & ZIP Code

5. **Debtor's website (URL)**  _____

6. **Type of debtor**
   ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

Debtor   **Its Bashert LLC d/b/a Senses New York Salon and Spa**   Case number (*if known*) _____
         Name

7. **Describe debtor's business**   A. *Check one:*

   ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   ■ None of the above

   B. *Check all that apply*

   ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
   ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
   ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
   See http://www.uscourts.gov/four-digit-national-association-naics-codes.
   ____

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**   *Check one:*

   ☐ Chapter 7
   ☐ Chapter 9
   ■ Chapter 11. *Check all that apply:*

   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

   ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

   ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

   ■ No.
   ☐ Yes.

   If more than 2 cases, attach a separate list.

   | District _____ | When _____ | Case number _____ |
   | District _____ | When _____ | Case number _____ |

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    ■ No
    ☐ Yes.

    List all cases. If more than 1, attach a separate list

    | Debtor _____ | | Relationship _____ |
    | District _____ | When _____ | Case number, if known _____ |

Debtor __Its Bashert LLC d/b/a Senses New York Salon and Spa__   Case number (*if known*) _____
      Name

11. **Why is the case filed in *this district*?**

    Check all that apply:

    ☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

    ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

    ☒ No

    ☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** (*Check all that apply.*)

    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
       What is the hazard? _____

    ☐ It needs to be physically secured or protected from the weather.

    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

    ☐ Other

    **Where is the property?** _____
       Number, Street, City, State & ZIP Code

    **Is the property insured?**

    ☐ No

    ☐ Yes.  Insurance agency _____
          Contact name _____
          Phone _____

---

### Statistical and administrative information

13. **Debtor's estimation of available funds**

    Check one:

    ☒ Funds will be available for distribution to unsecured creditors.

    ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

14. **Estimated number of creditors**

    | | | |
    |---|---|---|
    | ☒ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
    | ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
    | ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
    | ☐ 200-999 | | |

15. **Estimated Assets**

    | | | |
    |---|---|---|
    | ☒ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
    | ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
    | ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
    | ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

16. **Estimated liabilities**

    | | | |
    |---|---|---|
    | ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
    | ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
    | ☒ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
    | ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor   Its Bashert LLC d/b/a Senses New York Salon and Spa     Case number (if known) _____
       Name

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  12/9/16
            MM / DD / YYYY

X _____     Bruce Conroy
Signature of authorized representative of debtor     Printed name

Title  Managing Member

[Notary stamp: S. JON ALLEN ANDERSON, Notary Public - State of New York, NO. 01AN6239067, Qualified in Kings County, My Commission Expires Oct 25, 2018]

**18. Signature of attorney**

X _____     Date  12/9/16
Signature of attorney for debtor                MM / DD / YYYY

Lawrence Morrison
Printed name

**MORRISON TENENBAUM PLLC**
Firm name

87 Walker Street, Floor 2
New York, NY 10013
Number, Street, City, State & ZIP Code

Contact phone  212-620-0938     Email address  morrlaw@aol.com, LMORRISON@M-T-LAW.COM

_____
Bar number and State

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | Its Bashert LLC d/b/a Senses New York Salon and Spa |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF NEW YORK |
| Case number (if known): | |

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 138 NY Realty Corp. 3516 154th Street Flushing, NY 11354 | | Commercial Lease | | | | $38,763.06 |
| Amtech Heating and Air 4809 Avenue N Suite 122 Brooklyn, NY 11234 | | Trade Debt | | | | $2,449.69 |
| Bruce Conroy 100 Christopher Columbus Dr. #2320 Jersey City, NJ 07302 | | Wages | | | | $35,000.00 |
| Chase Bank USA NA Bankruptcy Dept. PO Box 15298 Wilmington, DE 19850 | | Credit Debt | | | | $7,981.58 |
| Chelsea Window Cleaning Po Box 171 Englishtown, NJ 07726 | | Trade Debt | | | | $609.72 |
| Consolidated Edison 4 Irving Plaza New York, NY 10003 | | Utilities | | | | $1,913.33 |
| Demar Plumbing Corp. 147 Attorney Street New York, NY 10002 | | Trade Debt | | | | $590.10 |
| Emblem Health 55 Water Street New York, NY 10041 | | Health Benefits | | | | $3,266.49 |

Debtor **Its Bashert LLC d/b/a Senses New York Salon and Spa**          Case number *(if known)*
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Evolve Salon Systems<br>252 Willow Street<br>Manchester, NH 03103 | | Trade Debt | | | | $1,882.50 |
| Long Island Beauty<br>90-31 160 Street<br>Jamaica, NY 11432 | | Trade Debt | | | | $447.48 |
| One Source Water<br>6 Two Mile Road<br>Suite 102<br>Farmington, CT 06032 | | Trade Debt | | | | $1,374.23 |
| Ronald M. Rudolph<br>76 Christopher Street<br>Montclair, NJ 07042 | | Loan | | | | $80,000.00 |
| Spa Technologies<br>175 North Route 9W<br>Unit 8<br>Congers, NY 10920 | | Trade Debt | | | | $791.11 |
| Symbiotic Salon Services<br>60 Seaview Bvld<br>Port Washington, NY 11050 | | Trade Debt | | | | $5,469.48 |
| The Hartford<br>PO Box 660916<br>Dallas, TX 75266 | | Trade Debt | | | | $2,988.40 |

**United States Bankruptcy Court**
Southern District of New York

In re   Its Bashert LLC d/b/a Senses New York Salon and Spa                             Case No.   _____
                                                              Debtor(s)                Chapter    11

# VERIFICATION OF CREDITOR MATRIX

I, the Managing Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   12/09/2016                              _____
                                                Bruce Conroy/Managing Member
                                                Signer/Title

S JON ALLEN ANDERSON
Notary Public - State of New York
NO. 01AN6230067
Qualified in Kings County
My Commission Expires Oct 25, 2018

138 NY REALTY CORP.
3516 154TH STREET
FLUSHING, NY 11354


AMTECH HEATING AND AIR
4809 AVENUE N
SUITE 122
BROOKLYN, NY 11234


BRUCE CONROY
100 CHRISTOPHER COLUMBUS DR.
#2320
JERSEY CITY, NJ 07302


CHASE BANK USA NA
BANKRUPTCY DEPT.
PO BOX 15298
WILMINGTON, DE 19850


CHELSEA WINDOW CLEANING
PO BOX 171
ENGLISHTOWN, NJ 07726


CONSOLIDATED EDISON
4 IRVING PLAZA
NEW YORK, NY 10003


DEMAR PLUMBING CORP.
147 ATTORNEY STREET
NEW YORK, NY 10002


EMBLEM HEALTH
55 WATER STREET
NEW YORK, NY 10041


EVOLVE SALON SYSTEMS
252 WILLOW STREET
MANCHESTER, NH 03103


LONG ISLAND BEAUTY
90-31 160 STREET
JAMAICA, NY 11432

ONE SOURCE WATER
6 TWO MILE ROAD
SUITE 102
FARMINGTON, CT 06032


RONALD M. RUDOLPH
76 CHRISTOPHER STREET
MONTCLAIR, NJ 07042


SPA TECHNOLOGIES
175 NORTH ROUTE 9W
UNIT 8
CONGERS, NY 10920


SYMBIOTIC SALON SERVICES
60 SEAVIEW BVLD
PORT WASHINGTON, NY 11050


THE HARTFORD
PO BOX 660916
DALLAS, TX 75266

**MORRISON-TENENBAUM, PLLC**
87 Walker Street, Floor 2
New York, New York 10013
Lawrence F. Morrison, Esq.
(212) 620-0938
Proposed Attorneys for the Debtors

| | |
|---|---|
| In re:<br><br>ITS BASHERT LLC, D/B/A SENSES NEW YORK SALON & SPA,<br><br>Debtor. | Chapter 11<br><br>Index No. 16-_____ |

## CORPORATE RESOLUTION

At the meeting of the Board of Directors of Its Bashert LLC, d/b/a Senses New York Salon & Spa ("Senses"), it was determined to be in the best interests of Senses to file for bankruptcy under Chapter 11 of the United States Bankruptcy Code.

Dated: New York, New York
December 9th, 2016

By /s/ Bruce Conrey
Bruce Conrey
Managing Member

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------X

In re:

**ITS BASHERT LLC, D/B/A SENSES NEW YORK SALON & SPA,**

Debtor.

----------------------------------------------------------X

Chapter 11

Case No. 16-_____ (   )

### AFFIDAVIT PURSUANT TO S.D.N.Y. LOCAL BANKRUPTCY RULE 1007-2

STATE OF NEW YORK    )
                     ) ss:
COUNTY OF NEW YORK   )

I, Bruce Conroy, duly sworn, depose and say:

1. I am the Managing Member of Its Bashert LLC, d/b/a Senses New York Salon & Spa ("Debtor"), and as such I am familiar with the operations, business and financial affairs of the Debtor. I submit this Affidavit in accordance with the S.D.N.Y. Local Bankruptcy Rules in support of the voluntary petition filed by the Debtor under Chapter 11 of title 11 of the United States Code ("Bankruptcy Code").

2. There is no pending bankruptcy case against the Debtor and this petition is filed as a voluntary Chapter 11 proceeding.

3. The Debtor operates a beauty salon at the premises located at 138 Fifth Avenue, floor 2, New York, NY 10019. The Debtor was incorporated on May 30, 2008.

4. The Debtor is filing a voluntary petition under Chapter 11 of the Bankruptcy Code due to the debts owed to vendors and disputes arising from its commercial lease.

5. I have 55 % of the ownership interest as Managing Member of the Debtor.

6. A list of the Debtor's top twenty (20) largest unsecured creditors was filed.

7. Currently, the average monthly revenue is about $120,000. The Debtor has 43 employees, and the average monthly payroll is approximately $82,000 a month, including payroll taxes. The other expenses are as follows:

   a. Officer compensation:        about $0.00 a month
   b. COGS:                        about $10,000 a month
   c. Operating expenses, incl. rent:  about $40,000 a month

8. All required schedules, if not filed with the voluntary petition on the date of filing, will be filed within fourteen (14) days of the date filing the Debtor's voluntary petition, which will provide a list of the Debtor's assets, secured creditors and other information required.

Dated: New York, New York
December 9th, 2016

By: Bruce Conroy, Managing Member

Sworn to before me this 9th day of December, 2016

*[Signature]*
Notary Public, State of New York

```
S JON ALLEN ANDERSON
Notary Public - State of New York
NO. 01AN6230067
Qualified in Kings County
My Commission Expires Oct 25, 2018
```

# United States Bankruptcy Court
## Southern District of New York

In re __Its Bashert LLC d/b/a Senses New York Salon and Spa__                    Case No. _____
                                            Debtor(s)                                              Chapter    __11__

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Bruce Conroy**<br>100 Christopher Columbus Dr. #2320<br>Jersey City, NJ 07302 | Membership Units | 55% | |
| **Ronald M. Rudolph**<br>76 Christopher Street<br>Montclair, NJ 07042 | Membership Units | 45% | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Managing Member** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **December 9, 2016**                                Signature  **/s/ Bruce Conroy**
                                                                              **Bruce Conroy**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Southern District of New York

In re   **Its Bashert LLC d/b/a Senses New York Salon and Spa**                          Case No.
                                                        Debtor(s)                        Chapter   **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Its Bashert LLC d/b/a Senses New York Salon and Spa** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]


**December  9, 2016**                         **/s/ Lawrence Morrison**
Date                                          **Lawrence Morrison**
                                              Signature of Attorney or Litigant
                                              Counsel for    **Its Bashert LLC d/b/a Senses New York Salon and Spa**
                                              **MORRISON TENENBAUM PLLC**
                                              **87 Walker Street, Floor 2**
                                              **New York, NY 10013**
                                              **212-620-0938**
                                              **morrlaw@aol.com, LMORRISON@M-T-LAW.COM**